# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LORENZA RODRIGUEZ, | No. 2:19-CV-1661-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On October 28, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to submit service documents to the United States Marshal. A review of the docket reflects that plaintiff complied on November 25, 2019, and that summons was returned executed on November 27, 2019. Good cause appearing therefor, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1