**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRIZ LORENZA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:19-CV-1661-DMC<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

　　　　On March 24, 2020, the Court directed plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute. See ECF No. 17. On April 6, 2020, plaintiff filed a response. See ECF No. 18. Good cause appearing therefor, the order to show cause issued on March 24, 2020, is discharged. Plaintiff is granted an extension of time to

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | prosecute this action pursuant to the Court's September 6, 2019, scheduling order.  Plaintiff shall
2 | file a dispositive motion within 30 days of the date of this order.
3 |         IT IS SO ORDERED.

Dated:  April 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE