**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRIZ LORENZA RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:19-CV-1661-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A review of the docket reflects that all parties have now informed the Court regarding consent to proceed before a United States Magistrate Judge for all purposes.  Good cause appearing therefor, the order to show cause issued on July 21, 2020, is hereby discharged.

IT IS SO ORDERED.

Dated:  September 3, 2020

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE